United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AGGRIGATOR, INC.,
Plaintiff,

v.

CULAIN CAPITAL FUNDING, LLC, et al.,
Defendants.

Case No. 26-cv-02937-SVK

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

Plaintiff Aggrigator, Inc. filed this action against Defendants on April 3, 2026. Dkt. 1. A summons was issued on April 14, 2026. Dkt. 7. As of the date of this Order, there is no indication on the docket any Defendant has been served with process. Federal Rule of Civil Procedure 4(m) requires defendants to be served within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Accordingly, **no later than** August 5, 2026, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Failure to respond to the Order to Show Cause by August 5, 2026 may result in dismissal of this action without prejudice.

**SO ORDERED.**

Dated: July 22, 2026

SUSAN VAN KEULEN
United States Magistrate Judge