United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AGGRIGATOR, INC.,

Plaintiff,

v.

INTEND INC., et al.,

Defendants.

Case No. 26-cv-02937-SVK

**ORDER REQUESTING ACTION RE APPLICATION FOR ADMISSION PRO HAC VICE**

Re: Dkt. No. 20

Before the Court is the application of K. Dino Kostopoulos, an attorney for Intend Inc. Defendants, for admission *pro hac vice*. Dkt. 20. Civil Local Rule 11-3 sets forth the requirements for admission *pro hac vice*, which include "[t]hat an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel." While the Court acknowledges that Kimberly D. Pye is a member of the bar of this Court, she has not made an appearance in this case.

The Court will make a decision regarding the application of K. Dino Kostopoulos for admission *pro hac vice* either after Kimberly D. Pye makes an appearance in this case or after another qualified attorney is designated as local co-counsel for this case in Mr. Kostopoulos's application.

**SO ORDERED.**

Dated: August 28, 2026

SUSAN VAN KEULEN
United States Magistrate Judge